**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

ROBIN HOWARD

    Plaintiff,

v.                                         CASE NO.: 8:18-cv-00788- JDW-CPT

SEPTIC MAXX, LLC

    Defendant.
_____/

## NOTICE OF PENDING SETTLEMENT

**PLAINTIFF,** ROBIN HOWARD, by and through her undersigned counsel, hereby submits this Notice of Pending Settlement and states that Plaintiff, ROBIN HOWARD, and Defendant, SEPTIC MAXX, LLC, have reached a settlement with regard to this case and are presently drafting, finalizing, and executing the settlement documents. The Settlement proceeds are being paid in three installments over 90 days and the parties ask that they have 90 days to file dismissal documents. Upon receipt of final payment, the parties will file the appropriate dismissal documents with the Court.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that, on this 18th day of June, a true and correct copy of the foregoing was filed with the Clerk of the Court and served on the parties of record using the CM/ECF system.

                              Respectfully submitted,

                                      */s/Heather H. Jones*
                                      Heather H. Jones, Esq.
                                      Florida Bar No. 0118974
                                      William "Billy" Peerce Howard, Esq.
                                      Florida Bar No. 0103330
                                      THE CONSUMER PROTECTION FIRM, PLLC
                                      4030 Henderson Blvd.
                                      Tampa, FL  33629
                                      Telephone: (813) 500-1500, ext. 205
                                      Facsimile: (813) 435-2369
                                      Heather@TheConsumerProtectionFirm.com
                                      Billy@TheConsumerProtectionFirm.com
                                      *Attorney for Plaintiff*